# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **123 EXTERIORS, INC.** *Plaintiff* | : : : : : : : : | **CIVIL ACTION** NO. 17-4337 |
| v. | | |
| **NORTH STAR EXTERIORS, LLC,** *et al.* *Defendants* | | |

## ORDER

**AND NOW**, this 1st day of August 2018, upon consideration of the *motion to dismiss* filed by Defendants Jeffrey Hopkins ("Defendant Hopkins") and North Star Exteriors, LLC ("Defendant North Star") (collectively, "Moving Defendants"), [ECF 27], Plaintiff's opposition thereto, [ECF 28], Moving Defendants' reply, [ECF 31], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Moving Defendants' motion is **GRANTED,** in part, as follows:

(1) the motion to dismiss is **GRANTED** with respect to all claims asserted against Defendant Hopkins *only*;

(2) the motion to dismiss is **DENIED** in all other respects.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*